**08 CIV 4425**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EXPRESS, LLC,

        Plaintiff,

    v.

WAL-MART STORES, INC.,

        Defendant.
------------------------------------------------------------x

Civil Action No.



## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, EXPRESS, LLC ("Express"), is partially owned by its former parent company LIMITED BRANDS, INC., which is a publicly traded company. Express certifies that it has no other corporate parents, affiliates, and/or subsidiaries, which are publicly held.

Dated:    New York, New York
           May 12, 2008

                                           **COLUCCI & UMANS**

                                           By: _/s/ Frank J. Colucci_
                                             Frank J. Colucci (FC 8441)
                                             David M. Dahan (DD 5864)
                                             Michael J. Pampalone, III (MP 1474)
                                             218 East 50th Street
                                             New York, New York 10022
                                             Telephone: (212) 935-5700
                                             Facsimile: (212) 935-5728
                                             Email: email@colucci-umans.com

                                             *Attorneys for Plaintiff*