USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPRESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 08-4425 (PAC) <br><br> *ECF Case* |

### STIPULATION AND ORDER

It is hereby stipulated and agreed, by and among Plaintiff Express, LLC ("Express") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), through their undersigned attorneys, that the time for Wal-Mart to answer the Complaint in the above-captioned matter, is extended to and includes July 15, 2008.

Dated: June 20, 2008

COLUCCI & UMANS

By: _____
Frank J. Colucci
218 East 50th Street
New York, NY 10022
(212) 935-5700
FColucci@Colucci-Umans.com

*Counsel for Plaintiff Express, LLC*

WILMER CUTLER PICKERING
HALE & DORR LLP

By: _____
Nels T. Lippert
399 Park Avenue
New York, New York 10022
(212) 230-8000 (telephone)
(212) 230-8888 (facsimile)
nels.lippert@wilmerhale.com

David S. Molot[*]
Katherine A. Oyama[*]
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

*Counsel for Defendant
Wal-Mart Stores, Inc.*

SO ORDERED this 24 day of June, 2008

_____
Paul A. Crotty, U.S.D.J.

---
[*] Not admitted to the Bar of this Court.