UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPRESS, LLC | ) |
| Plaintiff, | ) Civil Action No. 08-4425 (PAC) |
| v. | ) |
| WAL-MART STORES, INC. | ) |
| Defendant. | ) |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by its undersigned counsel, respectfully submits the following disclosure statement:

Wal-Mart is a publicly held corporation. Wal-Mart does not have a parent corporation. There is no publicly held corporation that owns 10 percent or more of Wal-Mart's stock.

Respectfully submitted,

/s/ Nels T. Lippert
Nels T. Lippert
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
nels.lippert@wilmerhale.com

- 2 -

David S. Molot*
Katherine A. Oyama*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.molot@wilmerhale.com
katherine.oyama@wilmerhale.com

DATED:  July 15, 2008               *Counsel for Defendant Wal-Mart Stores, Inc.*

---

\*       Not admitted to the Bar of this Court.

- 2 -