USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008

**WILMERHALE**

July 23, 2008

By E-mail

Nels T. Lippert

+1 212 937 7201 (t)
+1 212 230 8888 (f)
nels.lippert@wilmerhale.com

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY

Re:  *Express, LLC v. Wal-Mart Stores, Inc.*
     08 Civ. 4425 (PAC)

Dear Judge Crotty:

We are counsel to defendant Wal-Mart Stores, Inc. and write on behalf of both parties to seek a short adjournment of one week to ten days of the initial pre-trial conference which is currently scheduled for Tuesday, July 29, 2008 at 4:30 p.m. There have been no previous extensions requested for this initial conference. We propose as alternate conference dates, August 5, August 8 or August 12.

The parties are currently in discussions regarding resolution of this matter and jointly request this short adjournment to complete those discussions.

Respectfully submitted,

Nels T. Lippert

NTL:mag
Cc:  Frank J. Colucci, Esq.
     Counsel for Express LLC

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 8/5/08 at 4:30 pm in Courtroom 20-C.

SO ORDERED:   JUL 2 4 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington