USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2008

**COLUCCI & UMANS**

218 EAST 50TH STREET
NEW YORK, NEW YORK 10022-7681

TELEPHONE (212) 935-5700
FACSIMILE (212) 935-5728
email@colucci-umans.com
www.colucci-umans.com

FRANK J. COLUCCI, P.C.
COURTNEY WILSON MONAHAN, P.C.
W. BRANT MOSSOP, P.C.
GREGORY J. COLUCCI, P.C.
RICHARD P. JACOBSON, P.C.
SUSAN B. JACOBSON
DAVID M. DAHAN
KATHLEEN M. McGANN
GEORGANN M. CALLAGHAN
ANDREA PELAEZ
MICHAEL J. PAMPALONE, III

OF COUNSEL
NOTARO & MICHALOS P.C.

KENNETH R. UMANS
(1944-1998)

WESTCHESTER OFFICE

670 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583-5025
TELEPHONE (914) 472-1500
FACSIMILE (914) 472-1551
scarsdale@colucci-umans.com

September 4, 2008

**VIA ELECTRONIC MAIL**

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 735
New York, New York 10007

**MEMO ENDORSED**

Re:   Express, LLC v. Wal-Mart Stores, Inc.
      Civil Action No. 08 CV 4425 (PAC) (DF)

Dear Judge Crotty:

We represent the plaintiff, Express, LLC, in the above referenced civil action. Please note that the parties have reached a settlement and expect to file a stipulation of dismissal within ten days. In light of this, we respectfully request that the September 9th conference before Your Honor be cancelled.

Respectfully submitted,

*Frank J. Colucci*
Frank J. Colucci

FJC:gg

cc:  Nels T. Lippert, Esq.

SO ORDERED: SEP 0 5 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE